1   DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
2   428 J Street, 3rd Floor
    Sacramento, California 95814
3   Telephone: (916) 447-0160

4

5   Attorney for Defendant
    ARISTEO AGUILAR

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  No. 2:10-0102 LKK
                                   )
13                 Plaintiff,      )
                                   )  STIPULATION AND ORDER RESETTING
14      v.                         )  SCHEDULE FOR DISCLOSURE OF PSR
                                   )  REPORT AND FOR FILING OF
15  ARISTEO AGUILAR,               )  OBJECTIONS TO THE PSR
                   Defendant.      )
16                                 )
                                   )
17  _____)

18      **IT IS HEREBY STIPULATED** by and between Assistant United States

19  Attorney Paul Hemesath, Counsel for Plaintiff, and Attorney Dina L.

20  Santos, Counsel for Defendant ARISTEO AGUILAR, hereby submit this

21  stipulation and proposed order regarding the schedule for disclosure of

22  the Pre-sentence Report and for filing of objections to the Pre-

23  sentence report.  The parties stipulate to the following schedule:

24      Judgement and Sentencing:    November 9, 2010 at 9:15 a.m.

25      Motion to Correct the PSR:   October 26, 2010

26      PSR filed with Court:        October 19, 2010

27      Defense Written objections:  October 12, 2010

28      PSR to defense Counsel:      September 28,2010

1

2      The Court is advised that all counsel conferred about this

3  request, that probation has requested the November 9, 2010 date, and

4  that Ms. Hemesath has authorized Ms. Santos to sign this stipulation on

5  his behalf.

6      **IT IS SO STIPULATED.**

7  Dated: August 20, 2010          /s/ Dina L. Santos
                                   DINA L. SANTOS
8                                  Attorney for Defendant
                                   ARISTEO AGUILAR
9

10
   Dated: August 20, 2010          /s/ Paul Hemesath
11                                 PAUL HEMESATH
                                   Assistant United States Attorney
12                                 Attorney for Plaintiff

13
                              **O R D E R**
14
       **IT IS SO ORDERED.**
15
               By the Court,
16

17
   Dated: August 26, 2010
18
                            _____
19                          LAWRENCE K. KARLTON
                            SENIOR JUDGE
20                          UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28

Stipulation and Order                    2